KALAH A. PAISLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
Fax: (406) 453-9973
E-mail: kalah.paisley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

SEP 01 2021

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 21-62-GF-BMm |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | AGGRAVATED SEXUAL ABUSE OF A CHILD (Counts I and III) Title 18 U.S.C. §§ 1153(a) and 2241(c) (Penalty: Life imprisonment, $250,000 fine, and five years of supervised release) |
| MICHAEL JAMES BURKE, Defendant. | |
| | ABUSIVE SEXUAL CONTACT (Count II) Title 18 U.S.C. §§ 1153(a) and 2244(a)(1) and (c) (Penalty: Twenty years of imprisonment, $250,000 fine, and five years of supervised release) |

THE GRAND JURY CHARGES:

1

COUNT I

That in or between 2000 and 2003, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, MICHAEL JAMES BURKE, an Indian person, knowingly engaged in a sexual act with Jane Doe 1, and at the time of the sexual act, Jane Doe 1 had not yet reached twelve years of age, in violation of 18 U.S.C. §§ 1153(a) and 2241(c).

COUNT II

That in or between 2000 and 2003, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, MICHAEL JAMES BURKE, an Indian person, knowingly engaged in sexual contact with Jane Doe 1, and at the time of the sexual contact, Jane Doe 1 had not yet reached twelve years of age, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

COUNT III

That on or between 1999 and 2002, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, MICHAEL JAMES BURKE, an Indian person, knowingly engaged in a sexual act with Jane

Doe 2, and at the time of the sexual act, Jane Doe 2 had not yet reached twelve years of age, in violation of 18 U.S.C. §§ 1153(a) and 2241(c).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_/s/ (signed for)_
LEIF M. JOHNSON
Acting United States Attorney

_/s/ (signed for)_
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney