# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

****

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR-21-62-GF-BMM |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL JAMES BURKE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Michael James Burke's (Burke) Unopposed Motion for Video Appearance of Dr. Cara Laney at Trial (Doc. 105) is now before the Court. Plaintiff has no objection. And good cause appearing, IT IS HEREBY ORDERED that Dr. Cara Laney may appear via live video conferencing at Mr. Burke's trial, which is scheduled to begin October 25, 2022. IT IS FURTHER ORDERED that Defense Counsel and Dr. Laney shall make the necessary arraignments with the Court to facilitate this video appearance.

DATED this 14th day of October, 2022.

Brian Morris, Chief District Judge
United States District Court